1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICK FUTIA, | ) | Case No.: C 10-1271 PSG |
| Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | |
| KIRK RANCH, LLC, ET AL., | ) | |
| Defendants. | ) | |
| _____ | ) | |

On March 1, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall meet and confer to determine an alternative dispute resolution process**.** In the event, the parties do not agree on a process, each party

ORDER, *page 1*

shall file a proposal for the court's consideration no later than March 25, 2011.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | July 15, 2011 |
| Designation of Opening Experts with Reports | September 16, 2011 |
| Designation of Rebuttal Experts with Reports | September 30, 2011 |
| Expert Discovery Cutoff | October 14, 2011 |
| Deadline(s) for Filing Discovery Motions | *See* Civil Local Rule 37-3 |
| Last Day for Dispositive Motion Hearing[1] | 10:00 a.m. on September 13, 2011 |
| Final Pretrial Conference | 2:00 p.m. on November 8, 2011 at 2PM |
| Trial | 9:30 a.m. on November 28, 2011 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: March 3, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

<u>copies mailed on              to:</u>

Plaintiff's Attorney's Name, Esq.
Address

Defendant's Attorney's Name, Esq.
Address

_____
OSCAR RIVERA
Courtroom Deputy

Order, *page 3*